Argued· January 18, affirmed January 18, petition for rehearing
denied February 23, petition for review
denied March 31, 1972

STATE OF OREGON, *Respondent, v.* CLYDE
ALLEN RUTLEDGE (No. 13-119), *Appellant.*

492 P2d 807

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and
Thornton, Judges.

Affirmed from the bench.